**JENNIFER L. COON**
California State Bar No. 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Jennifer_Coon@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )<br> v.                                                 )<br>                                                      )  **NOTICE OF APPEARANCE**<br> ADRIAN GUTIERREZ-RUIZ,       )<br>                                                      )<br>            Defendant.                    )<br>_____ ) | CASE NO. 08MJ1355 |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Jennifer L. Coon, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                                 Respectfully submitted,

Dated: May 6, 2008                                                /s/ *JENNIFER L. COON*
                                                                                 Federal Defenders of San Diego, Inc.
                                                                                 Attorneys for Defendant
                                                                                 Jennifer_Coon@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008                    /s/ *JENNIFER L. COON*
                                       Federal Defenders of San Diego, Inc.
                                       225 Broadway, Suite 900
                                       San Diego, CA  92101-5030
                                       (619) 234-8467  (tel)
                                       (619) 687-2666  (fax)
                                       Jennifer_Coon@fd.org (email)